JOHN W. COTTON, SBN 54912
jcotton@cgllp.com
AARON C. GUNDZIK, SBN 132137
agundzik@cgllp.com
COTTON & GUNDZIK LLP
624 South Grand Avenue, 22nd Floor
Los Angeles, California  90017
Telephone:  213/312-1330
Telecopy:  213/623-6699

JS-6

Attorneys for Defendants
SYNOVUS FINANCIAL CORPORATION,
COLUMBUS BANK & TRUST, INC.,
and GREENDOT CORPORATION,

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MERCHANT FIRST, INC., A Nevada Corporation in Chapter 7 Bankruptcy, <br><br> Plaintiff, <br><br> vs. <br><br> SYNOVUS FINANCIAL CORPORATION, COLUMBUS BANK & TRUST, INC., and GREENDOT CORPORATION, <br><br> Defendants. | Case No.: SA CV 07-1145-CJC(MANx) <br><br> [PROPOSED] ORDER RE DISMISSAL |

1

PROPOSED ORDER

Defendants Green Dot Corporation having a pending motion for summary judgment pursuant to Fed. R. Civ. Pro. § 56, and counsel for all parties having signed a joint stipulation of dismissal pursuant to Fed. R. Civ. Pro. 41(a) (1) (a) (ii), the Court hereby orders this case dismissed in its entirety.

IT IS SO ORDERED.

Dated: March 18, 2009          _____
                                Cormac J. Carney
                                United States District Court Judge


Respectfully Submitted by,


Dated:  March 18, 2009
JOHN W. COTTON
Cotton & Gundzik LLP



____/s/_____
        John W. Cotton

Attorneys for Defendants
SYNOVUS FINANCIAL CORPORATION,
COLUMBUS BANK & TRUST, INC., and
GREENDOT CORPORATION